JON M. SANDS
Federal Public Defender
District of Arizona
250 N. 7th Avenue, Suite 600
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARK RUMOLD
California Bar #279060
Asst. Federal Public Defender
Attorneys for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Patrick Thomas Gates,<br><br>Defendant. | No. CR-24-00345-KML-1<br><br>**Objection to Presentence Report** |

Patrick Thomas Gates, through counsel, offers the following objection to the Draft Presentence Report, filed on January 5, 2026 (Dkt # 42). For the reasons explained below, Mr. Gates respectfully requests the Court sustain the objection.

### I. Mr. Gates' alleged gang affiliation is incorrect and should be struck.

The Draft Presentence Report incorrectly alleges Mr. Gates has a gang affiliation. *See* PSR at 2 (under "Alternate IDs"). The allegation is untrue and—because of the serious consequences attached to such an allegation—it should be struck from the PSR. *See* Fed. R. Crim Pro. 32(i)(3)(B).

Mr. Gates has a due process right to be sentenced based on accurate information. *See United States v. Ibarra*, 737 F.2d 825, 827 (9th Cir. 1984). Where material information is contained within the presentence report to which Mr. Gates

1

objects, the sentencing court cannot rely on those facts unless the government proves, by a preponderance of the evidence, that the information is correct. *See, e.g., United States v. Bowers*, 743 F.3d 1182, 1184 (8th Cir. 2014).

Mr. Gates is not affiliated with nor a member of any gang. *See* PSR ¶ 19 (noting Mr. Gates "is not a documented member of the Lincoln Park criminal street gang"). There is no reliable information on which to conclude otherwise.

**II. Conclusion**

Mr. Gates respectfully requests the Court strike the information from the Presentence Report.

Respectfully submitted: January 20, 2026.

JON M. SANDS
Federal Public Defender

 *s/Mark Rumold*
MARK T. RUMOLD
Asst. Federal Public Defender