TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Patrick Thomas Gates,<br><br>                    Defendant. | CR-24-00345-PHX-KML<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States hereby requests that the Court accept the Plea Agreement and sentence Defendant to 24 months of imprisonment followed by three years of supervised release as recommended in the Presentence Investigation Report (PSR).  The facts of this case simply do not support a probationary sentence, but the maximum sentence of 24 months under the plea agreement.

I.      BACKGROUND

On February 27, 2024, a grand jury in the District of Arizona indicted Defendant on 16 counts of False Statement During the Purchase of a Firearm in violation of 18 U.S.C. § 924(a)(1)(A). PSR ¶ 1. On November 5, 2024, Defendant pleaded guilty to Count 10 pursuant to a Fed. R. Crim P. 11(c)(1)(C) agreement that set a cap at the low end of the guideline range.  PSR ¶ 3.

Defendant purchased 116 firearms, often in multiple quantities at the same time, within

a 1-year period. PSR at 17.  Thirty-six of these firearms were recovered in crimes in California, New York, and Las Vegas. *Id;* PSR ¶ 19.  Although Defendant was only charged with lying on the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473 regarding his address, additional evidence establishes he was either straw purchasing for gang members or dealing in firearms without a license. *See* PSR ¶¶ 12-14. ATF agents confirmed through text messages that Defendant was in regular contact with gang members in California, some of which evidenced his delivery of firearms to gang members.  *Id*;[1] *Also See* PSR at 17-18.   Defendant also admitted that he sold firearms for money, even though he grossly misrepresented the number.  See PSR ¶ 11.

## II.    SENTENCING GUIDELINES

The PSR accurately calculates the sentencing guideline range at 24 to 30 months of incarceration based on an Offense Level of 17 and a Criminal History Category of I.  PSR at 17.  The Probation Officer recommends a sentence of 24 months, which is the maximum allowed under the plea agreement. *Id*.  The United States agrees with the recommendation.

## III.    UNITED STATES' SENTENCING RECOMMENDATION

Defendant's repeated actions demonstrate that he presents a substantial risk to the community.  As stated, he admitted he sold firearms for financial gain, which is confirmed by additional evidence that confirmed that he sold a lot more than the 20 he admitted. PSR at 17. ATF records show that Defendant purchased 116 firearms in year. *Id*.   Law enforcement recoveries of 36 of those firearms in crimes, which include homicide and drugs, evidence not only dealing firearms but the extent of his dangerousness. Additionally, the fact that some of the firearms he purchased have not been recovered, and are likely in the hands of gang members, establish his continued danger to the public.

---

[1] Defendant was already charged in the District of Arizona case when the bulk of and extent of this information was brought to the United States Attorney's Office's attention and the federal prosecutor in California decided not to charge Defendant because this District's pending charges.  However, the information is relevant conduct and should be considered in determining an appropriate sentence.

- 2 -

Defendant has not performed flawlessly on pretrial release and has substance abuse issues – creating additional risk factors. On July 27, 2025, pretrial filed a petition to revoke his release because he missed a drug test and tested positive for marijuana. PSR ¶ 4. He admitted the violations but was allowed to remain on pretrial release. *Id.* Further, Defendant had 3 positive drug tests between October 20, 2024 and July 17 2025. PSR ¶ 51. He also has a significant history of drug and alcohol use/abuse, which includes a DUI and admitted daily use of marijuana. *Id*; PSR ¶ 37. To his credit, he has tested negatively since July 17, 2025.

Nevertheless, to promote deterrence, just punishment and to avoid sentencing disparity with similarly situated defendants, a 24-month term of incarceration is warranted under § 3553 factors.

IV.    CONCLUSION

Therefore, the United States respectfully requests the Court impose a 24-month sentenced followed by 3 years of supervised release.

Respectfully submitted this 4th day of February 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s): Mark Rumold
*s/Carlton Covington*
US Attorney's Office